NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000369
15-OCT-2019
09:18 AM**

NO. CAAP-19-0000369

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

W2005, WKI REALTY LLC, a Delaware limited liability company,
doing business as WAIKIKI BEACH MARRIOTT RESORT & SPA,
Plaintiff-Appellee v. HOEI JEON & OBOK CORPORATION
doing business as ACE BOUTIQUE, and HYO SOON KOH,
also known as CONNIE HYO SOON KOH, Defendants-Appellants

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1RC18-1-4939)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Ginoza, Chief Judge, Fujise and Hiraoka, JJ.)

Upon consideration of the "Stipulation for Dismissal
Under Hawaii Rules of Appellate Procedure 42(a)," filed on
August 20, 2019, by Defendants-Appellants Hoei Jeon & Obok
Corporation doing business as Ace Boutique, and Hyo Soon Koh,
also known as Connie Hyo Soon Koh, it appears that (1) the
parties stipulate to dismiss the appeal; (2) the stipulation is
dated and signed by counsel for all parties appearing in the

appeal; (3) the appeal has not been docketed; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, October 15, 2019.


Chief Judge


Associate Judge


Associate Judge